UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTA JOSEPH, St. Johns County
Commissioner,
    Plaintiff,

v.                                  Case No. 3:24-cv-35-HES-PDB

BRIAN S. KRAMER, State Attorney
for the Eighth Judicial Circuit of Florida,
    Defendant.
_____/

## ORDER

This matter is before this Court on an "Unopposed Motion to Continue Hearing" (Dkt. 70).

Accordingly, it is **ORDERED**:

1. "Unopposed Motion to Continue Hearing" (Dkt. 70) is **GRANTED**; and

2. The hearing on Plaintiff's Motion for Attorney's Fees and Costs is rescheduled for December 4, 2024, at 11:00 a.m.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of October 2024.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
William Bradley Russell, Jr, Esq.
Emily J Witthoeft, Esq.
William H. Stafford, Esq.